2354 1983
FILING FEE PAID
Yes____ No ✓
IFP MOTION FILED
Yes ✓ No____
COPIES SENT TO
Court ✓ ProSe____

FILED
JUN 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Plaintiff's Name: Armando Garduno
CDC No: E-92339
Address: 120-2-59u, P.O. Box 9
Avenal, CA 93204

UNITED STATES DISTRICT COURT
DISTRICT OF CALIFORNIA

| | |
|---|---|
| Armando Garduno, Plaintiff, vs. Board of Parole Hearings ET, Al. Defendant(s). | APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER<br><br>CASE NUMBER: '08 CV 1058 JAH NLS |

I, Garduno, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? X Yes __ No (**If "no" DO NOT USE THIS FORM**)

   If "yes" state the place of your incarceration. Avenal State Prison

**Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed (includes prison employment)? __ Yes X No

   a. If the answer is "yes" state the amount of your pay. —

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
   April 2007, $25.00 take-home, Laura Goad, Academic Instructor, ISP.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment: __ Yes X No

   b. Rent payments, interest or dividends: __ Yes X No

   c. Pensions, annuities or life insurance payments: __ Yes X No

   d. Disability or workers compensation payments: __ Yes X No

e.. Gifts or inheritances: X Yes __ No

f. Any other sources: __ Yes X No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)? __ Yes X No

If "yes" state the total amount: —

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? __ Yes X No

If "yes" describe the property and state its value: —

6. Do you have any other assets? __ Yes X No

If "yes," list the asset(s) and state the value of each asset listed: —

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support. None!

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

6/04/08
DATE

Armando Garduno
SIGNATURE OF APPLICANT

**CERTIFICATE**

(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 3.ⁿ on account to his/her credit at Avenal State Prison (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ 2.00. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ balance 2.00.

**(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).**

10-5-08
DATE

[signature] LTA
SIGNATURE OF AUTHORIZED OFFICER
S. L. DELACRUZ LAW LIBRARY

(Form Last Revised 09/18/03)