PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
2008 JUN 27 PM 4:51
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

W. Samuel Hamrick, Jr.
Clerk of Court

June 23, 2008

Office of the Clerk
Central District of California, Eastern Division
3470 12th Street
Riverside, CA 92501

FILED
JUL - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Re: Garduno vs. Board of Parole Hearing, Case No. 08CV1058-JAH(NLS)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court
J. PETERSEN
By:__________________
J. Petersen, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED
THIS DATE OF JUN 27 2008
AND ASSIGNED CASE NUMBER ED CV 08 - 00862 FMC (RC)
CLERK, U.S. DISTRICT COURT

By: ________________________, Deputy